1. John Bowne High School, Queens 5. Judge Katzmann 3. Mr. Dowling 4. Mr. Rabaul 5.